IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMIAH GAYLORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 07-0571-CG-M** |
| | ) |
| **PENTAGROUP FINANCIAL, LLC** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the court on the Notice of Dismissal of plaintiff. (Doc. 10). Plaintiff advises the court that the parties have settled the case and asks the court to dismiss the case with prejudice against the only defendant, Pentagroup Financial, LLC.

The motion is purportedly brought pursuant to FED. R. CIV. P. 41(a)(1), which allows a plaintiff to dismiss a case (1) by filing a notice of dismissal before the adverse party answers or moves for summary judgment or (2) by filing a stipulation signed by all parties who have appeared in the action. The defendant filed an answer (which did not include a counterclaim) (Doc. 7) and has not signed the Notice of Dismissal currently before the court. As such, the court construes the Notice of Dismissal as having been brought pursuant to FED. R. CIV. P. 41(a)(2), which allows the court to dismiss a case at the plaintiff's instance upon such terms and conditions as the court deems proper.

The motion is **GRANTED**; this case is dismissed with prejudice.

**DONE** and **ORDERED** this 30th day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE